```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF INDIANA
                    HAMMOND DIVISION
```

UNITED STATES OF AMERICA  )
                          )
    v.                    )   No. 2:07-CR-118
                          )
JESSE DESHAZER            )

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jesse Deshazer (D.E. # 15) filed on December 3, 2007. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Jesse Deshazer's plea of guilty, and **FINDS** the Defendant guilty of Counts 1, 2, 3, and 7 of the Indictment, in violation of 18 U.S.C. §§ 371, 1028(a)(7), 1028(A); 42 U.S.C. § 408(a)(7)(B); and 18 U.S.C. § 1028(h).

SO ORDERED.

**DATED: December 28, 2007**     /s/ RUDY LOZANO, Judge
                                 **United States District Court**